IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-cr-00082-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| DEVON DEMOND HOBBS | : |

### ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, Devon Demond Hobbs, on March 10, 2015 to a violation of 18 U.S.C. §§ 922(g)(1) and 924, and further evidence of record and as presented by the Government, the Court finds that the following real property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit: (a) a Gerstenberger & Eberwein, .22 caliber revolver, serial number: 108669 and (b) 5 rounds of ammunition for above mentioned firearm

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said real property, pursuant to 18 U.S.C. § 924(d)(1);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant Devon Demond Hobbs, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the

United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 7 day of July, 2015.

LOUISE W. FLANAGAN
United States District Judge