UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:14-CR-82-1FL

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DEVON DEMOND HOBBS** | ) | |
| | ) | |

On July 07, 2015, Devon Demond Hobbs appeared before the Honorable Louise W. Flanagan, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced to the custody of the Bureau of Prisons for a term of 18 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Devon Demond Hobbs was released from custody and the term of supervised release commenced on August 03, 2015.

At the revocation hearing held on August 10, 2016, the Court continued the hearing to the October 2016 term.

The Court directs the defendant to continue participation in substance abuse testing and treatment and to avail himself to tour TROSA. The probation officer is directed to immediately report any violation conduct prior to the next scheduled hearing.

This the 10th day of August, 2016.

_____
Louise W. Flanagan
U.S. District Judge