| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DEVON DEMOND HOBBS** | ) | |
| | ) | |

    On July 7, 2015, Devon Demond Hobbs appeared before the Honorable Louise W. Flanagan, U.S. District Judge, Eastern District of North Carolina, and upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced to the custody of the Bureau of Prisons for a term of 18 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Devon Demond Hobbs was released from custody and the term of supervised release commenced on August 3, 2015.

    At the revocation hearing held on August 10, 2016, the Court continued the hearing to the October 2016 term.

    At the revocation hearing held on October 4, 2016, the Court continued the hearing to the January 2017 term.

    At the status conference hearing held on January 4, 2017, the Court continued the hearing to the November 2017 term.

This is the 4th day of January, 2017.

_____
Louise W. Flanagan
U.S. District Judge