UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:14-CR-82-1FL

| | | |
|---|---|---|
| **United States Of America** | ) | JUDGMENT |
| | ) | (AMENDED) |
| vs. | ) | |
| | ) | |
| **Devon Demond Hobbs** | ) | |
| | ) | |

On July 7, 2015, Devon Demond Hobbs appeared before the Honorable Louise W. Flanagan, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced to the custody of the Bureau of Prisons for a term of 18 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 3 years upon release from imprisonment. Devon Demond Hobbs was released from custody and the term of supervised release commenced on August 3, 2015.

From evidence presented at the revocation hearing on August 18, 2017, the court finds as a fact that Devon Demond Hobbs, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
3. Using a controlled substance.
4. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 4 months.

**IT IS RECOMMENDED** that while in the custody of the Bureau of Prisons, the defendant be afforded substance abuse treatment, in addition to vocational and educational training opportunities.

**IT IS FURTHER ORDERED** that the defendant self-surrender one week from today to begin service of his term of incarceration.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 18th day of August, 2017.

LOUISE W. FLANAGAN
United States District Judge